IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES C. BISHOP and
BETTY ANN BISHOP                                                    PLAINTIFFS

           vs.                        2:07CV00098-WRW

JOHNSON & JOHNSON;
JOHNSON & JOHNSON HEALTH CARE
SYSTEMS, INC.; ETHICON, INC., and
ST. BERNARD'S HOSPITAL, INC.
d/b/a St. Bernard's Medical Center                                  DEFENDANTS

ORDER

       Pending are the Motions for Admission of Counsel Pro Hac Vice (doc #14 and doc #15),

filed by the plaintiffs on behalf of John E. Toma, Jr and Melissa M. Zensen.  After a review of the

Motions, the Court finds that the Motions should be, and hereby are, GRANTED.  Mr. Toma and

Ms. Zensen will be admitted pro hac vice on behalf of the plaintiffs.

       Also pending the Defendants' Uncontested Motion to Continue Trial (doc #13).  The Motion

is GRANTED and the trial will be removed from the Court's docket for the week of September 23,

2008, in Helena.  A new Scheduling Order will be issued setting a new deadlines and a trial date of

Tuesday, June 23, 2009.

       IT IS SO ORDERED this 19th day of March, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.prohc.wpd