IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES C. BISHOP and<br>BETTY ANN BISHOP | | PLAINTIFFS |
| vs. | 2:07-CV-00098-WRW | |
| JOHNSON & JOHNSON HEALTH<br>CARE SYSTEMS, INC, et al | | DEFENDANTS |

**ORDER**

Pending is Plaintiffs' Motion to Stay All Proceedings in this Court Pending JPML Transfer Determination (Doc. No. 19). Defendants have responded (Doc. Nos. 23, 24).

Based on the issues outlined in Defendants' responses -- specifically regarding the possible statute of limitations issues -- and Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,[1] I see no reason why discovery in this case should not proceed while awaiting a decision from the JPML.

Accordingly, Plaintiffs' Motion to Stay All Proceedings in this Court Pending JPML Transfer Determination (Doc. No. 19) is DENIED.

IT IS SO ORDERED this 19th day of June, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 199 F.R.D. 425 (2001).